PROB 34
1/92
Report and Order Terminating Probation/Supervised Release



## United States District Court

## <u>Western District of Michigan</u>

UNITED STATES OF AMERICA

         v.                              Crim. No.    1:99:CR:68-01

Magdalena Mirales-Gonzalez

It appearing the above named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case by being deported.  Therefore, it is respectfully recommended the defendant's tolling condition be vacated, he be discharged from supervised release, and the proceedings in the case be terminated.

                                            Respectfully Submitted:

                                            Sheryl R. Fett
                                            U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release, the toll vacated, and the proceedings in the case be terminated.

Dated this _____ 12 _____ day of _____ April _____, 2007.

                                            Hon. Robert Holmes Bell
                                          Chief U.S. District Judge

SRF:lei